IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:12-CR-00243-02 |
| | : | |
| **v.** | : | |
| | : | |
| **ELIJAH ULYSSES BROWN, JR.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to vacate his guilty plea and sentence (Doc. 265) is **DENIED**.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge

Dated: June 6, 2017